UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIA DOMINIQUE TURNER
n/k/a MARIA THOMPSON,
    Plaintiff,

v.                          CASE NO.: 5:20-cv-00199-MCR-MJF

DONALD EDENFIELD, in his
official capacity as Sheriff of
Jackson County, Florida, and
ZACHARY WESTER, individually
    Defendants.

## JOINT NOTICE OF SETTLEMENT OF ALL CLAIMS

Defendants, Donald Edenfield, in his asserted, capacity as the Sheriff of Jackson County, Florida, and Zachary Wester, individually, and Plaintiff, Maria Dominique Turner n/k/a Maria Thompson, through their undersigned counsel gives notice that all claims asserted and which might have been asserted against Defendants Sheriff and Wester, have been compromised and settled and dismissal of this lawsuit, with prejudice, by Plaintiff, is imminent.

DATED this 14th day of November 2022.

                WARNER LAW FIRM, P. A.

| */s/ Adrian Mendiondo* | */s/ Alyssa M. Yarbrough* |
|---|---|
| Adrian Mendiondo, Esq | Alyssa M. Yarbrough, Esq. |
| Kentucky Bar No.: 90676 | Florida Bar No.: 103407 |
| J. Ryan Will | 501 West 11th Street, Suite A |
| Florida Bar No.: 0024122 | Post Office Box 1820 (32402) |
| Morgan and Morgan, P.A. | Panama City, Florida 32401 |
| 333 West Vine Street, Suite 1200 | Warner Law Firm, P.A. |
| Lexington, Kentucky 40507 | pleadings@warnerlaw.us |
| 444 Seabreeze Boulevard, Suite 100 | Counsel for Defendant Sheriff |
| Daytona Beach, Florida 32118 | |
| amendiondo@forthepeople.com | |
| rwill@forthepeople.com | |
| Counsel for Plaintiff | |
| | */s/ Riley Landy* |
| | Riley Landy, Esq. |
| | Florida Bar No.: 84411 |
| | Andrews, Crabtree, Knox, & Longfellow, LLP |
| | 1558 Village Square Boulevard, Suite 1 |
| | Tallahassee, Florida 32309 |
| | rlandy@andrewscrabtree.com |
| | jhunter@andrewscrabtree.com |
| | mwise@andrewscrabtree.com |
| | mhoman@andrewscrabtree.com |
| | Counsel for Defendant Wester |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 14th day of November 2022, which will serve a copy to all counsel of record.

*/s/ Alyssa M. Yarbrough*
ALYSSA M. YARBROUGH
Florida Bar No. 0103407