UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MARIA DOMINIQUE TURNER
n/k/a MARIA THOMPSON,
    Plaintiff,

v.                              CASE NO.: 5:20-cv-00199-MCR-MJF

DONALD EDENFIELD, in his
official capacity as Sheriff of
Jackson County, Florida, and
ZACHARY WESTER, individually
    Defendants.

---

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

The parties, through their respective counsel, and pursuant to the Federal Rule of Civil Procedure 41(a), hereby stipulate to the dismissal of all claims *with prejudice* against Donald Edenfield, in his official capacity as Sheriff of Jackson County, Florida, and Zachary Wester, individually.[1] Each party is to bear their attorney's fees, costs, and expenses incurred in this action.

---

[1] All individual capacity claims against Louis S. Roberts, III, the former Sheriff of Jackson County, Florida were previously dismissed pursuant to Plaintiff's Response to the Sheriff's Motion for Summary Judgment. [ECF 47].

DATED this 28th day of November 2022.

WARNER LAW FIRM, P. A.

*/s/ Adrian Mendiondo*
Adrian Mendiondo, Esq
Kentucky Bar No.: 90676
J. Ryan Will
Florida Bar No.: 0024122
Morgan and Morgan, P.A.
333 West Vine Street, Suite 1200
Lexington, Kentucky 40507
444 Seabreeze Boulevard, Suite 100
Daytona Beach, Florida 32118
amendiondo@forthepeople.com
rwill@forthepeople.com
*Counsel for Plaintiff*

*/s/ Alyssa M. Yarbrough*
Alyssa M. Yarbrough, Esq.
Florida Bar No.: 103407
Warner Law Firm, P.A.
501 West 11th Street, Suite A
Post Office Box 1820 (32402)
Panama City, Florida 32401
pleadings@warnerlaw.us
*Counsel for Defendant Sheriff*

*/s/ Riley Landy*
Riley Landy, Esq.
Florida Bar No.: 84411
Andrews, Crabtree, Knox, & Longfellow, LLP
1558 Village Square Boulevard, Suite 1
Tallahassee, Florida 32309
rlandy@andrewscrabtree.com
jhunter@andrewscrabtree.com
mwise@andrewscrabtree.com
mhoman@andrewscrabtree.com
*Counsel for Defendant Wester*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed via CM/ECF this 28th day of November 2022, which will serve a copy to all counsel of record.

*/s/ Alyssa M. Yarbrough*
ALYSSA M. YARBROUGH
Florida Bar No. 0103407